UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMAY FORD | ) |
| | ) Civil Action No. 05-10431-JLT |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the United States of America in the above-captioned case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Michael J. Pelgro
MICHAEL J. PELGRO
Assistant U.S. Attorney
(617) 748-3246

Dated: June 3, 2005

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon Omay Ford a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

/s/ Michael J. Pelgro
MICHAEL J. PELGRO
ASSISTANT UNITED STATES ATTORNEY