UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Omay Ford**<br>**Petitioner**<br><br>V.<br><br>**United States of America**<br>**Respondent** | **CIVIL ACTION**<br><br>NO. **05-cv-10431 JLT** |

## JUDGMENT

**Tauro,   D. J.**

In accordance with the Court's Endorsement dated **2/17/2006** adopting the Magistrate Judge's Report and Recommendation of **9/26/2005**, denying the Motion to Vacate, Set Aside, or Correct (2255), it is hereby ORDERED:

Judgment for the **Respondent**.

By the Court,

**February 22, 2006**          **/s/ Kimberly M. Abaid**
Date                            Deputy Clerk

(R&R Judgment.wpd - 12/98)